David MURESAN, petitioner,
v. UNITED STATES
TRUSTEE, et al.
No. 06–662.
Jan. 16, 2007.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.